**Dismissed and Memorandum Opinion filed December 10, 2013.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-13-00870-CV

---

**ZELENI GRISSMORE, Appellant**

**V.**

**TARGET CORPORATION, Appellee**

---

**On Appeal from the 122nd District Court**
**Galveston County, Texas**
**Trial Court Cause No. 12-CV-1424**

---

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed June 21, 2013. The notice of appeal was filed October 24, 2013. To date, our records show that appellant has not paid the appellate filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless indigent); Tex. R. App. P. 20.1 (listing requirements for establishing indigence); *see also*; Tex. Gov't Code Ann. § 51.207.

On November 14, 2013, this court ordered appellant to pay the appellate filing fee on or before December 2, 2013, or the appeal would be dismissed. Appellant has not paid the appellate filing fee. Accordingly, the appeal is ordered dismissed. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice from clerk requiring response or other action within specified time).


PER CURIAM


Panel consists of Justices Boyce, Christopher, and Brown.